Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2663 | **DATE** | 1/6/2011 |
| **CASE TITLE** | Leonard Siepka    vs    Protective Life Ins. Co. | | |

**DOCKET ENTRY TEXT:**

Status hearing held. By agreement, this cause is dismissed without prejudice and without costs with leave to reinstate on or before 2/22/2011. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 2/23/2011.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | |
|---|---|---|