AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Leonard Siepka )<br>*Plaintiff* )<br>v. )<br>Protective Life Ins. )<br>*Defendant* ) | Civil Action No. 10 C 2663 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Robert W. Gettleman on a motion for _____ .

Date: Feb 23, 2011

Michael W. Dobbins, Clerk of Court

/s/ George D. Schwemin

*Signature of Clerk or Deputy Clerk*